

RECEIVED
IN MONROE, LA

JUL 0 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **LEMOINE JEAN MARIE** | * | **CIVIL ACTION NO. 05-2059** |
| **VERSUS** | * | **JUDGE JAMES** |
| **ALBERTO GONZALES ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court and the June 27, 2006 Status Report of Respondents, after a *de novo* review of the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Document No. 1) is hereby **DISMISSED without prejudice.**

THUS DONE AND SIGNED this 3rd day of July, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION